IN THE UNITED STATES DISTRICT COURT OF MARYLAND
NORTHERN DIVISION

GLORIA TILLERY
4623 A Street SE
Washington, D.C. 20019

    Plaintiff,

v.

Case No:

BLADES OF GREEN, INC.
645 Central Avenue E #200
Edgewater, Maryland 21037

Serve:
Registered Agent
Mark J. Leahy
645 Mayo Road
Edgewater, Maryland 21037

Michael C Mundey
Blades of Green, Inc.
645 Central Avenue E# 200
Edgewater, Maryland 21037

David Chambers
2510 Kinderbrook Lane
Bowie, Maryland 20715

    Defendant.

## COMPLAINT

COMES NOW the Plaintiff, GLORIA TILLERY, by and through her counsel, Christopher M. FitzPatrick, Esq. and Morgan & Morgan, DC, PLLC, brings this cause of action against the Defendants, BLADES OF GREEN, INC. MICHAEL C. MUNDEY, and DAVID CHAMBERS, on the grounds and in the amounts set forth herein.

1

## PARTIES

1. Plaintiff, GLORIA TILLERY, is a citizen of the United States and under no legal disability and a resident of Washington D.C.

2. Defendant, BLADES OF GREEN, INC., under knowledge, information, and belief is a Maryland Corporation that is transacting business in the State of Virginia.

3. Defendant DAVID CHAMBERS is citizen of the United States and a resident of the state of Maryland with a residential address of 2510 Kinderbrook Lane, Bowie Maryland 20215

4. Defendant MICHAEL MUNDEY is a citizen of the United States with a business address of Blades of Green, Inc. 645 Central Avenue E#200 and is presently employed with Blades of Green, Inc.

## JURISDICTION

5. Jurisdiction is vested in this Court based on diversity jurisdiction pursuant to 28 U.S.C. 1332 (a).

## FACTS

6. On or about November 21, 2021, Plaintiff, GLORIA TILLERY, was traveling on Leesburg Turnpike and was at a complete stop in traffic due to construction on Leesburg Turnpike in Alexandria, Virginia.

7. At the same time and place, Defendant DAVID CHAMBERS upon information and belief was an agent, servant or employee of Defendant, BLADES OF GREEN, INC., and was operating his vehicle directly behind Plaintiff's vehicle while traveling on Leesburg Pike in the City of Alexandria, VA when suddenly and without warning, struck the truck operated by Defendant rear-ended the truck operated by Defendant MICHAEL C. MUNDEY who was also employed with BLADES OF GREEN, INC.

8.     As a result of the impact between the truck operated by Defendant Chambers and Mundey's vehicle, Defendant Mundey's vehicle was forced into the rear of the Plaintiff's vehicle. Plaintiff, Gloria Tillery was approximately 69 years old at the time of this collision on November 21, 2021, and is a retired legal secretary. Plaintiff was severely injured and suffered personal injuries to her neck, back and knees.

9.     The aforementioned collision occurred as the proximate result of the negligent conduct of the Defendants, DAVID CHAMBERS and MICHAEL MUNDEY.

10.    At the time of this incident DEFENDANTS DAVID CHAMBERS AND MICHAEL MUNDEY were employees, servants and/or agents of Defendant, BLADES OF GREEN, INC., acting within the scope of his employment.

11.    As a result, pursuant to Respondeat Superior, the Defendant, BLADES GREEN, INC., is responsible and liable for the acts and omissions of negligence of their respective drivers Defendants MICHAEL MUNDEY and DAVID CHAMBERS.

12.     At all times relevant, Plaintiff was free of any contributory negligence as to the cause of the collision and the injuries sustained. Likewise, Plaintiff did not assume the risk of injury.

## COUNT I – NEGLIGENCE

Plaintiff re-pleads and incorporates by reference paragraphs No. 1 through paragraph No. 12 of this Complaint fully as if the allegations were set forth fully herein and further states.

13. The Defendants MICHAEL MUNDEY and DAVID CHAMBERS had a duty to operate his vehicle in a careful and safe manner.

14.    The Defendants MICHAEL MUNDEY and DAVID CHAMBERS breached their duties of care by:

    a. failing to keep a proper distance from another motorist by following too closely;

    b. failing to maintain control of his vehicle;

    c. failing to use reasonable care when operating his vehicle;

    d. failing to obey traffic laws;

    e. failing to safely operate his vehicle at a reasonable rate of speed;

    f. failing to keep a proper lookout;

    g. failing to take steps to avoid causing a collision;

    h. failing to generally operate his vehicle in a safe, reasonable, and prudent manner; and was otherwise negligent.

15. At all times relevant hereto, it was the Defendants DAVID CHAMBERS and MICHAEL MUNDEY were upon information an employee, servant and/or agent of his employer and Defendant, BLADES GREEN INC., had a duty to obey statutes enacted for public safety, including drivers not to follow other motorists more closely than is reasonable and prudent, by having due regard to the speed of other motorists, and, requiring drivers to operate their vehicle at a reasonable speed under the circumstances and traffic conditions existing at the time, regardless of any posted speed limit.

## DAMAGES AND AD DAMNUM

16. As a direct and proximate result of the above-described breaches of duties by Defendants DAVID CHAMBERS AND MICHAEL MUNDEY, Plaintiff was caused to suffer serious injury to her person, including pain and suffering, emotional distress, loss of enjoyment of life, loss of opportunity, permanent physical impairment, disfigurement, lost wages, past and future, medical expenses, past and future, and other damages, with no negligence or lack of due care on her part contributing thereto.

17.     The aforementioned damages are permanent and continuing in nature.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant judgment in favor of Plaintiff, GLORIA TILLERY, for a personal injury action of and against Defendants, DAVID CHAMBERS, MICHAEL MUDNEY and BLADES GREEN, INC., jointly and severally in the amount of $1,000,000.00 for compensatory damages and for such other amounts permitted by law as well as interest from November 21, 2021, and attorneys' fees and costs, or such other amounts as permitted by law and for such further relief as this Court deems just and proper.

## PRAYER FOR A JURY TRIAL

Plaintiff, by and through the undersigned counsel, hereby requests a jury trial on all triable issues in the above-captioned matter.

> Respectfully submitted,
>
> */s/ Christopher M. FitzPatrick*
> Christopher M. FitzPatrick, Esquire
> Maryland Federal Bar #29603
> Morgan & Morgan, DC PLLC
> 1901 Pennsylvania Avenue NW, Suite 300
> Washington, DC 20006
> Email: cfitzpatrick@forthepeople.com
> Phone: (202) 772-0566 Fax: (202) 772-0616